PANCHO REALTY COMPANY, INC., appellant,

*v.*

HOBOKEN LAND AND IMPROVEMENT COMPANY et al.,
respondents.

[Submitted February term, 1942.  Decided April 23d, 1942.]

17

20

*Mr. Barnett Berr,* for the appellant.

*Messrs. Besson & Applegate* (*Mr. John B. Applegate,* of counsel), for the respondents.

Per Curiam.

The decree appealed from will be affirmed, for the reasons expressed in the opinion filed by Vice-Chancellor Fielder in the Court of Chancery.

*For affirmance*—The Chief-Justice, Parker, Bodine, Donges, Heher, Perskie, Porter, Colie, Dear, Wells. Rafferty, Hague, Thompson, JJ. 13.

*For reversal*—None.